IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2016 JAN 26 P 3: 03
US DISTRICT COURT
HARTFORD CT

CURTIS HARDAWAY,
    Plaintiff,

v.

HARTFORD PUBLIC WORKS DEPARTMENT,
    Defendant.

SERVICE:
Office of Corporation Counsel
Room 210
550 Main Street
Hartford, CT 06103

Case No. 3:16 CV 115 (JCH)

DEMAND FOR JURY TRIAL

**COMPLAINT**
**Whistleblower protection**
**FAIR LABOR STANDARDS ACT**

## PARTIES AND JURISDICTION

1. Defendant is a municipal corporation that employed Plaintiff with the City of Hartford Department of Public Works.

2. Plaintiff brings this lawsuit in response to Defendant's Hartford Public Works Department retaliation against him in violation of State and Federal law.

3. Defendant Hartford Department of Public Works is a municipal corporation located in the state of Connecticut with its seat of government located at 550 Main Street, Hartford, CT 06103.

4. Plaintiff was employed by Defendant in its Department of Public Works for the City of Hartford.

1

5. This Court has personal jurisdiction over the Defendant in this case as the case arises out of federal question. **15 U.S. Code § 2087 - Whistleblower protection** and pendent jurisdiction for the state law claims. The Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1343 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

6. Venue is proper in the District Court for the District of Connecticut pursuant to 28 U.S.C. § 1391.

## STATEMENT OF FACTS

7. Curtis Hardaway worked for Hartford Department of Public Works for over 20 years. Doing the hard dirty jobs that nobody else wanted to do...being the first person to call when they needed someone to work. In the Winter time, Hardaway worked an average of approximately 70 hours per week, and was essentially on-call 7 days a week and all other seasons, Hardaway worked about 55 hours per week and always on call. With Hardaway, 20 years of outstanding work ethic, Hardaway was to repeatedly promoted from "Maintenance I" to "Maintenance III" the highest level of Maintenance in Hartford Department of work. Hardaway was the perfect employee and never was written up until he filed an OSHA complaint then everything crashed down on Hardaway's career.

8. Hardaway always notice safety violations however the safety violations became increasingly worse in 2011. Hardaway started voicing his concerns to his direct supervisor as required by The Hartford Department of Works policy. However, The Department of Works supervisor would ignore Hardaway complaints.



9. In November 2013, Hardaway was place in a dangerous life and death hazardous working environment do to the Department of Public Works negligence. Hardaway was place in a life or death situation and could no longer be silence.

10. On November 11, 2013 Hardaway started documenting the violations by taking pictures. Hardaway went to his direct supervisor and voice his concerns about the extremely dangerous working conditions. Hardaway showed pictures the life threatening violations to his supervisor. Supervisor SB told Hardaway, "to stop bothering me" "nothing's going to happen too you be quiet and do your work." (Supervisor SB has a history of not following safety procedures and had many safety complaints filed against him.) Defeated! and fear for his life!!, Hardaway voice his concerns to his sister Lena Hardaway. Curtis Hardaway email Lena visual documentation proving the dangerous safety violations on November 13, 2013 at 6:42pm. In fear for her brother life. Lena Hardaway filed an OSHA complaint (in her brother name) with the department of labor on November 18, 2013 (online). Curtis was worried that he would get in trouble with his supervisor….Lena assured Curtis that she would file the complaint anomalous therefore, he would not get into trouble. OSHA took immediate actions by fining the Hartford Department of Public Works for their many violations. OSHA went further and made the Hartford Department of Public Works set up a safety department. OSHA confirmed Hardaway complaints but could not protect him for the illegal retaliation Hardaway was soon to face.

11. Immediately after Hardaway file the complaint, the Hartford Department of Public Works supervisors knew it was hardaway who filed the OSHA complaint because he was the only one who complain about the dangerous working environment. Hardaway was immediately threatened, harassed and intimidated. Hardaway was repeatedly threatened that he would be



fired. Hardaway was immediately discriminated against by filing the complaint Hardaway was not allowed to work overtime or work certain jobs because he was labeled a troublemaker. Hardaway was called bitch, gay, a person that will complain to OSHA all because he filed an OSHA complaint. Because no shift leader wanted to work with him he was therefore, denied overtime. Hardaway pay immediately went down by 23.6% after filing the complaint with OSHA. Later, for the first time ever in Hardaway 20 years career working at the Department of Public Works Hardaway was demoted and suspended for filing an OSHA complaint. Hardaway was told *"to play ball"* and stop asking safety questions.

12. August 5, 2014, Hardaway was told by supervisor BS if he *"stop reporting safety violations and his demotion will go away"* and his *"overtime will be reinstated."* Hardaway started a movement, after Hardaway complain about safety violations, other employees started to complain about safety violations for the first time. Hardaway was label a "trouble makers" catalyst, leader for other employees who started voicing safety concerns. The Hartford Department of Public Works Supervisors was getting more and more angry at Hardaway for informing employees about OSHA and the additional work the Supervisors accumulated for complying with the new OSHA RULES. The Supervisors including Supervisor SB wanted to get rid of the head of the snake and concocted a plan to get rid of Hardaway.

13. On Feb 10, 2015, Hardway was told to stop reporting safety violations and *"stop acting like a bitch running to OSHA like a little girl." "If you stop reporting, everything will go back to normal."* Hardaway filed a complaint with OSHA Informing them of the retaliation. Three months later, Hardaway was fired for reporting the demoting, threatened, suspension, harassment and intimidation all reported to OSHA by email.



## OUTLINE OF EVENTS

**14. November 18, 2013**, Plaintiff file a complaint online with OSHA about the dangerous working conditions and "literally, everybody knew I filed the complaint and I was outcasted as the snitch who complains to OSHA."

15. On **August 4, 2014**, Plaintiff filed a whistleblower online complaint, Complaint number ECN4656) Plaintiff wrote,"I filed an OSHA complaint on November 2013, for dangerous hazardous working conditions. Now I am being discriminated and RETALIATED against because of filing the complaint with OSHA. I do not want to get into anymore trouble with work, but I DO NOT KNOW WHAT TO DO?"

**16. August 5, 2014**, Plaintiff contacted OSHA telling Anne Rugens from the department of labor, - I attempted to contact your office about the abuse I suffered at work. But I got scared that the harassment would get worse; however the harassment got worse anyway. It's been over a year, I have been physically and mentally abused by supervisors, blacklisted and harassed. In retaliation for complaining to OSHA my overtime was taken away, my income drop dramatically over the year. I have two kids one in college and I do not know how I will continue to pay for my son education with the loss of income starting in 2014.

17. On **February 10, 2015**, Plaintiff contacted OSHA telling Anne Rugens from the department of labor, - " My boss told me, told, if I contact OSHA again I will be fired. After working for The Hartford Department of Public works for over 20 years, I have never been in trouble and because of OSHA complaint, I am on probation for being a snitch. I do not feel safe at my job anymore. Please call me on my Cell Phone."



## CONCLUSION

18. Hardaway get his strong work ethic from his father who worked for AT&T for over 43 years and worked 80 hour work weeks. Curtis Hardaway mimic his father work ethic that why Hardaway was devastated when the Hartford Department of Public Works started retaliation actions by taking away Hardaway overtime pay as punishment for reporting the Department of Public Works life threatening Dangerous working conditions. Hardaway emails to OSHA will prove he was repeatedly retaliated against and he constantly reached out to OSHA the help for guidance how to proceed. Hardaway wishes he never reported the life and death Hazardous working conditions. He wishes that he kept quiet because the system has failed by allowing the defendant to fire Hardaway for reporting such dangerous working conditions. Now Hardaway life has turn upside down, Hardaway feels less than a man by not being able to provide for his family. Hardaway has a son in college and a daughter who plans on attending Yale University in 2018. Hardaway went into a deep depression for being fired for doing the right thing. Hardaway was forced to move back with his parents. Hardaway did not understand how he could be punished for doing the right thing when the Hartford Department of Public works have drug addicts, violate criminals, alcoholic all working for Hartford Department of Public Works. While the defendant decided to fire one of their most valued "straightly laced employee" with no criminal record, never drink, never smoke nor did any type of drugs but fires a man for doing the right thing by reporting life and death working conditions. The Defendant wants someone to die before changing its Safety policies. Curtis Hardaway was NOT going to be that someone who dies before Hartford Public Works take notice of their failure to provide a safe working conditions.



## COUNT I
## 15 U.S. Code § 2087  OSHA/WHISTLEBLOWER RETALIATION

*(Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1-37 as if fully set forth herein.)*

19. Plaintiff was faced with the option of work in a dangerous environment or be fired.

20. Plaintiff filed an initial complaint against Defendant with the United States Department of Labor's Occupational Safety and Health Administration ("OSHA") on Nove 18, 2013.

21. Defendant retaliated against him in violation of the whistleblower protection and its implementing regulations.

22. The actions of Defendant constitute retaliatory discharge and entitle Plaintiff to damages for his lost wages and other damages.

23. On January 9, 2014 OSHA performed a formal inspection and issued a Serious

and issued a Serious Citation with total penalty in the thousands. These Citation items confirm the violations alleged in Plaintiff's Complaint. As part of an informal settlement entered on January 9, 2014 the Department of Works agreed to accept the Serious Citation and agreed to pay the fine.

24. Hardaway filed a timely administrative complaint with the Secretary alleging that the aforesaid discharge constituted discrimination in violation of 15 U.S. Code § 2087 - Whistleblower protection Act.

25. As Direct result of Hardaway's submission of the November 18, 2013 complaint, in which he voiced his safety concerns under or related to the Act and Defendant's knowledge that Hardaway Voiced safety concerns under or related to the Act, Defendants did discriminate against Hardaway by discharging him from employment.



26. By the acts described above, Defendants did intentionally discriminate and continue to discriminate against Hardaway because of the latter's exercise of right secured by the Act, and thereby did engage in, and continue to engage in conduct which violates 15 U.S. Code § 2087 - Whistleblower protection.

27. As a result of this unlawful discrimination, Hardaway suffered loss of wages and other benefits, as well as other financial losses related to his termination.

## COUNT II
## FAIR LABOR STANDARDS ACT

*(Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1-104 as if fully set forth herein.)*

28. Defendant had knowledge of Plaintiff's report of safety violations to OSHA.

29. Plaintiff was discharged in retaliation for reporting the safety violations to OSHA.

30. Plaintiff is entitled to unpaid overtime, liquidated damages and attorney fees due to defendant's violations of the Fair Labor Standards Act.

## COUNT III
## HARASSMENT

*(Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1-38 as if fully set forth herein.)*

31. Plaintiff was subjected to unlawful harassment while employed by Defendant.

32. The actions of Defendant agents being called a little girl, p*y, and/or gay for reporting violations to OSHA constitute a violation of Title VII, 42 U.S.C. §§2000e et seq., and entitle Plaintiff to damages for his lost wages, humiliation, embarrassment, emotional distress and other



damages. Plaintiff is also entitled to attorneys' fees and costs based on Defendant's violation of Title VII.

## COUNT IV
## INFLICTION OF EMOTIONAL DISTRESS

*(Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1-38 as if fully set forth herein.)*

33. Such statements were made with the knowledge of Defendant and/or were ratified by Defendant, thereby making Defendant liable for said wrongful acts.

34. Plaintiff is entitled to damages for lost income, injury to his reputation and other damages arising from Defendant's emotional damaging actions

## COUNT V
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

*(Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1-38 as if fully set forth herein.)*

35. The defendant owed plaintiff, its employee, a duty to refrain from conduct that would cause plaintiff emotional distress resulting from defendant's' work related behavior.

36. The defendants breached that duty by engaging in conduct that inflicted severe emotional distress on plaintiff.

37. The defendant's treatment of plaintiff was the actual and proximate cause of plaintiff's emotional injuries from working in unsafe environment.



38. Defendant's conduct goes beyond all possible bounds of decency, and is atrocious and utterly intolerable in this society, and as such rises to the level of wanton and reckless misconduct allowing plaintiff to make a claim for punitive damages.

**PRAYER FOR RELIEF**

**WHEREFORE, Plaintiff prays that this Court grant them the following relief:**
Finding that Defendant Department of Public Works unlawfully discriminated against Hardaway in violation of 15 U.S. Code § 2087 - Whistleblower protection directing Defendant Department of Public Works to reimburse Hardaway those amounts equal to loss of wages and other benefits suffered by reason of such unlawful discrimination, plus interest calculated at the rate set forth in the Internal Revenue Code section 6621[26 U.S.C § 6621]

1. Directing Defendant to reinstate Hardaway to a position comparable to the position he would currently possess had he not been subjected to illegal discriminatory termination;
2. Directing Defendant to pay Hardaway Vacation Pay, he rightful earned before the April 2015 illegal firing of Hardaway.
3. Directing Department to post notice for its employees stating that Department of Works will not in any manner discriminate against employees because of their engagement in activities protected under the Act;
4. For appropriate equitable relief against Defendant as allowed by the WHISTLEBLOWER ACT including the enjoining and permanent restraining of these violations, and direction to Defendant to take such affirmative action as is necessary to



ensure that the effects of the unconstitutional practices are eliminated and do not continue to affect Plaintiff;

5. Award compensatory damage to Plaintiffs in an amount no less than $750,000 that would fully compensate Plaintiffs for the humiliation, frustration, embarrassment, emotional distress, and diversion of resources that they have suffered and continue to suffer as a result of the discriminatory conduct alleged herein;

6. Award actual and punitive damages to Plaintiffs in an amount to be determined by the jury That would punish Defendant for the willful, wanton, and reckless conduct alleged herein and that would effectively deter similar conduct in the future;

7. For an award of reasonable attorney's fees and SRL costs on his behalf expended as to such cost including but not limited to attorney fees, mailing and paper cost.

8. further ordering such other appropriate relief as may be necessary.



## OSHA COMPLAINT Retaliation Curits Hardaway

3 messages

**Lena Hardaway** <lenahardaway@gmail.com>　　　　　　　　　　　Wed, Feb 11, 2015 at 7:49 PM
To: "Rugens, Anne" <Anne.Rugens@ct.gov>

**November 18, 2013**, I file a complaint online with OSHA about the dangerous working conditions and literally, everybody knew I filed the complaint and I was outcasted as the snitch who complains to OSHA.

In **August 5, 2014**, I attempted to contact your office about the abuse I suffered at work. But I got scared that the harassment would get worse; however the harassment got worse anyway. It's been over a year, I have been physically and mentally abused by supervisors, blacklisted and harassed. In retaliation for complaining to OSHA my overtime was taken away, my income drop dramatically over the year. I have two kids one in college and I do not know how I will continue to pay for my son education with the loss of income starting in 2014.

On **February 10, 2015**, I was told, if I contact OSHA again I will be fired. After working for The Hartford Department of Public works for over 20 years, I have never been in trouble and because of OSHA complaint, I am on probation for being a snitch. I do not feel safe at my job anymore. Please call me on my Cell Phone (860) 890 -0713

Curtis Hardaway

113 Hollow brook Rd Windsor, CT 06095

Cell Phone (860) 890 -0713

Complaint # 206847485  - November 18, 2013

Complaint #  ECN4656 -  August 5, 2014

Work Location: City of Hartford- Department of Public Works



50 Jennings Rd, Hartford, CT 06120

P: (860) 757-9900

F: (860) 722-6215

  Occupational Health Clinics

January 9, 2014

Mr. Curtis Hardaway
113 Hollowbrook Road
Windsor, CT 06095

RE: Complaint #206847485
City of Hartford, Department of Public Works
50 Jennings Road
Hartford, CT 06120

Dear Mr. Hardaway:

Your complaint filed on November 18, 2013 was investigated and we find as follows:

(X) Citations were issued for items listed in your complaint and copies are enclosed. Please review the Narrative for details of the inspection.

( ) Citations were issued for items not listed in your complaint and copies are enclosed. Please review the Narrative for details of the inspection.

( ) No violations were found at the time of the inspection. Please review the Narrative for details of the inspection.

If you have any questions, you may contact me for clarification.

Sincerely yours,

Kenneth C. Tucker III
CONN-OSHA Director

kct:clj

elic

38 Wolcott Hill Road, Wethersfield, CT 06109 • Ph: 860.263.6900 • Fx: 860.263.6940 • www.ct.gov/dol
An Equal Opportunity/Affirmative Action Employer

---

On Wed, Aug 6, 2014 at 8:09 AM, Rugens, Anne <Anne.Rugens@ct.gov> wrote:
Mr. Hardaway:

We received the attached online complaint from USDOL OSHA. Did you file a complaint in November 2013 with our Connecticut OSHA here in Wethersfield? And can you specify who your employer is, as well as the employer's address and a main contact person there? Attached is our statute 31-379 for your review. We can consider your complaint with USDOL a complaint for our purposes here.

Also, what is your home address so we can send correspondence?

Please feel free to call with any questions.

Anne FF Rugens
Principal Attorney
Connecticut Department of Labor



# Whistleblower Application
## Online Complaint

### Part 1 - Employee Information

| | | | |
|---|---|---|---|
| **Online Complaint Number:** | ECN4656 | **Complainant Email:** | lenahardaway@gmail.com |
| **Complaint Filed Date:** | 08/05/2014 | **Best Time to Contact:** | 4pm est |
| **Complainant Name:** | Hardaway, Curtis | **Preferred Method of Contact:** | Phone |
| **Complainant Address:** | windsor, CT 06095 | **Worksite Address:** | hartford, CT 06103 |
| **Complainant Home Phone:** | | **Date of Hire:** | 08/05/2014 |
| **Complainant Work Phone:** | | **Job Title:** | |
| **Complainant Cell Phone:** | (860) 890-0713 | **Exclusive Bargaining Representative:** | Unknown |
| **Person filing certifies that the information in this complaint is true and correct to the best of their knowledge:** | Yes | **Person Filing Complaint is:** | Employee |

### Part 2 - Employer Information    ECN4656

| | | | |
|---|---|---|---|
| **Employer Name:** | Department of Public Works | **Manager's Name** | |
| **Employer Type:** | | **Manager's Job Title:** | |
| **Employer Mailing Address:** | | **Manager's Work Phone:** | |
| | | **Supervisor's Name:** | |
| **Employer Work Phone:** | | **Supervisor's Job Title:** | |
| **Employer Fax:** | | | |
| **Employer Email:** | | | |

### Part 3 - Allegation of Discrimination / Retaliation    ECN4656

**Name of Management Person Responsible for the Retaliation:**

**Job Title of Management Person Responsible for the Retaliation:**

**Adverse Action:**
- Demotion / Reduced Hours
- Harassment / Intimidation
- Threat to take any of the above actions.

**Other Adverse Actions:**

**Adverse Action Dates:**

**When did you first learn that the action(s) would be taken against you?:**

**What reason(s) did the employer give you for each of these actions?:**

**Allegation Code:**
- Filing with primary agency

**Allegation Code - Refused to Perform Task:**

**Allegation Code - Testified or Provided Statement in Investigation or Other Proceedings:**

**Allegation Code - Other:**

**Allegation Dates:**

**Do you believe the employer knew you engated in the activities described?:**

**Has the Complainant Filed Previous Complaint?**    No

**Previous Complaint Number:**

**Previous Complaint Date:**

**Other Actions Taken by Complainant:**

**How did complainant become aware a complaint could be filed with OSHA?**    OSHA Web

### Part 4 - Identification of Representative    ECN4656



| | |
|---|---|
| **Representative's Name:** | **Representative's Phone:** |
| **Representative's Job Title:** | **Representative's Alternate Phone:** |
| **Representative's Organization:** | **Representative's Email:** |
| **Union Affiliation:** | **Representative certifies the named employee has authorized him/her to act as their representative:** No |
| **Representative's Address:** | |

**Additional Comments**   ECN4656

November 2013, I filed a complaint with OSHA against my employer The Department of Public Works for dangerous hazardous working conditions. Now I am being discriminated and RETALIATION against because of filing the complaint with OSHA. I do not want to get into anymore trouble with work. But I do not know what to do? What is my next step?



## DEMAND FOR JURY TRIAL

Respectfully Submitted,

_[signature]_ Date: January 25, 2016
Mailing Address:
Curtis Hardaway, Pro Se
113 Hollow Brook Rd
Windsor, CT 06095
curtis.hardaway@yahoo.com
(202) 594-4186

