UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Curtis Hardaway** | : | 3:16-cv-00115 (JCH) |
| **Plaintiff,** | : | |
| **v.** | : | |
| **The City of Hartford** | : | June 22, 2018 |
| **Defendant.** | : | |

## APPEARANCE

Please enter the appearance of Peter D. Goselin as attorney for the plaintiff, Curtis Hardaway.

                RESPECTFULLY SUBMITTED
                THE PLAINTIFF, by

                */s/ Peter Goselin*
                Peter Goselin ct06074
                The Law Office of Peter Goselin
                557 Prospect Avenue, 2nd Floor
                Hartford, Connecticut 06105
                Tel. 860-580-9675
                Fax 860-232-7818
                pdgoselin@gmail.com

## CERTIFICATION

  I hereby certify that on June 22, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

<u> / s / Peter Goselin</u>